```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0004--CR (HRH)
              "USA V RONN L. ROSEBERRY ET AL"
                   DEF 1.1 ROSEBERRY, RONN L.

      Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
            Filed:  06/21/05
           Closed:  NO
No. of Defendants:  5
   MJ Case Number:
              AKA:  ROSIE
  Location status:  U.S. Custody
       Trial date:
       Terminated:  NO
Needs interpreter:  NO
Counsel of record:  Louis J. Menendez
                   227 7th Street
                   Juneau, AK 99801
                   907-586-5996
                   FAX 907-586-2206
                   Serve: YES
                    Type: CJA
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  James A. Goeke
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 ROSEBERRY, RONN L.

Document         Count    Citation and Description                               Disposition
─────────        ─────    ────────────────────────                               ───────────
   1 -   1 IND     1      21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F)         Pending

   1 -   1 IND     2      21:846,841(a)(1),(b)(1)(B) ATTEMPTED POSSESSION OF     Pending
                          A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE
                          (F)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0004--CR (HRH)
                           "USA V RONN L. ROSEBERRY ET AL"
                               DEF 2.1 DUVALL, BETTY J.

              Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed: 06/21/05
            Closed: NO
No. of Defendants: 5
    MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: NO
 Needs interpreter: NO
 Counsel of record: Michael D. Dieni
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 2.1 DUVALL, BETTY J.

Document          Count    Citation and Description                              Disposition
─────────         ─────    ────────────────────────                              ───────────
   1 -   1 IND     1       21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F)        Pending

   1 -   1 IND     2       21:846,841(a)(1),(b)(1)(B) ATTEMPTED POSSESSION OF    Pending
                           A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE
                           (F)

   1 -   1 IND     3       21:841(a)(1),(b)(1)(C) POSSESSION OF A CONTROLLED     Pending
                           SUBSTANCE WITH INTENT TO DISTRIBUTE (F)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0004--CR (HRH)
                          "USA V RONN L. ROSEBERRY ET AL"
                              DEF 3.1 DAVIS, TWILA JO

               Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed: 06/21/05
             Closed: NO
 No. of Defendants: 5
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: NO
  Needs interpreter: NO
   Counsel of record: Scott A. Sterling
                     Sterling & DeArmond PC
                     851 E. Westpoint Drive
                     Suite 201
                     Wasilla, AK 99654
                     907-376-8076
                     FAX 907-376-8078
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: James A. Goeke
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 3.1 DAVIS, TWILA JO

 Document          Count     Citation and Description                            Disposition
 ────────          ─────     ────────────────────────                            ───────────
     1 -   1 IND     1       21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F)      Pending

     1 -   1 IND     2       21:846,841(a)(1),(b)(1)(B) ATTEMPTED POSSESSION OF  Pending
                             A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE
                             (F)
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0004--CR (HRH)
                              "USA V RONN L. ROSEBERRY ET AL"
                                DEF 4.1 MCKITRICK, SUSAN C.

                    Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge: The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed: 06/21/05
            Closed: NO
No. of Defendants: 5
    MJ Case Number:
               AKA:
   Location status: Released on Bond
        Trial date:
        Terminated: NO
 Needs interpreter: NO
 Counsel of record: William B. Carey
                    1502 W. 34th Avenue
                    Anchorage, AK 99503-3643
                    907-272-4255
                    FAX 907-272-4256
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: James A. Goeke
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 4.1 MCKITRICK, SUSAN C.

Document         Count    Citation and Description                                  Disposition
─────────        ─────    ────────────────────────                                  ───────────
    1 -   1 IND    1      21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F)            Pending

    1 -   1 IND    3      21:841(a)(1),(b)(1)(C) POSSESSION OF A CONTROLLED         Pending
                          SUBSTANCE WITH INTENT TO DISTRIBUTE (F)

    1 -   1 IND    4      21:856(a)(1) and (b) MAINTAINING A PLACE FOR THE          Pending
                          DISTRIBUTION AND USE OF CONTROLLED SUBSTANCES (F)
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0004--CR (HRH)
                              "USA V RONN L. ROSEBERRY ET AL"
                               DEF 5.1 VITCOVICH, SABRENA M.

                    Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed: 06/21/05
            Closed: NO
No. of Defendants: 5
    MJ Case Number:
               AKA:
   Location status: Released on Bond
        Trial date:
        Terminated: NO
 Needs interpreter: NO
 Counsel of record: D. Scott Dattan
                    Law Offices of D. Scott Dattan
                    2600 Denali Street, Suite 460
                    Anchorage, AK 99503
                    907-276-8008
                    FAX 907-278-8571
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: James A. Goeke
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial



Counts re: DEF 5.1 VITCOVICH, SABRENA M.

Document            Count     Citation and Description                            Disposition

   1 -    1 IND       1       21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F)      Pending

   1 -    1 IND       2       21:846,841(a)(1),(b)(1)(B) ATTEMPTED POSSESSION OF  Pending
                              A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE
                              (F)
```

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                       "USA V RONN L. ROSEBERRY ET AL"

                              For all filing dates


  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
 Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
            Filed: 06/21/05
           Closed: NO
No. of Defendants: 5


Document #   Filed     Docket text

NOTE -   1   06/21/05  [Re: DEF 1] Issued WOA.

NOTE -   2   06/21/05  [Re: DEF 3] Issued WOA.

NOTE -   3   06/21/05  [Re: DEF 4] Issued WOA.

NOTE -   4   06/21/05  [Re: DEF 5] Issued WOA.

   1 -   1   06/21/05  [Re: DEF 1-5] PLF 1 Indictment.

   2 -   1   06/21/05  [Re: DEF 1-5] JDR Grand Jury Minutes re Indt Secret; WOA re D1,3-5 to be
                       issued; bail set O/R re D2; no bail set re D1,3-5; summons re D2 to be
                       issued; set for arr & notify USM re D2.

NOTE -   5   06/23/05  [Re: DEF 3] USM Notice of Arrest; defendant arrested 6/23/05 in
                       Ketchikan, AK.

NOTE -   6   06/23/05  [Re: DEF 3] Issued: Summons

NOTE -   7   06/23/05  Notation: Re: DEF 2 & DEF 3 Proposed Trial Date Setting for Arr to USDJ.

   3 -   1   06/23/05  [Re: DEF 2] PMP Minute Order re Arr set for 7/21/05 at 1:30 p.m. in
                       Juneau, AK. cc: USA, USM, USPO, def w/USM cy

NOTE -   8   06/24/05  [Re: DEF 5] USM Notice of Arrest; defendant arrested 6/23/05 in
                       Ketchikan, AK.

NOTE -   9   06/24/05  [Re: DEF 4] USM Notice of Arrest; defendant arrested 6/23/05 at
                       Ketchikan, AK.

NOTE -  10   06/24/05  Notation: Re: DEF 4 & DEF 5 Proposed Trial Date Setting for Arr to USDJ.

   4 -   1   06/24/05  [Re: DEF 3] PMP Order of Detention Pending detention Hearing set for
                       6/30/05, 10:00 a.m. at Juneau. cc: USA, S. Sterling, USM, PO, Judge
                       Sedwick

   5 -   1   06/24/05  [Re: DEF 4] PMP Order of Detention Pending detention Hearing set for
                       6/30/05, 10:00 a.m. at Juneau. cc: USA, W. Carey, USM, PO, Judge Sedwick

   6 -   1   06/24/05  [Re: DEF 5] PMP Order of Detention Pending detention Hearing set for
                       6/30/05, 10:00 a.m. at Juneau. cc: USA, S. Dattan, USM, PO, Judge
                       Sedwick

   7 -   1   06/24/05  [Re: DEF 3] PMP Order regarding preparation for trial w/parties to meet
                       by 7/1/05; PTMs due 7/15/05. cc: USA, S. Sterling, Judge Sedwick

   8 -   1   06/24/05  [Re: DEF 4] PMP Order regarding preparation for trial w/parties to meet
                       by 7/1/05; PTMs due 7/15/05. cc: USA, W. Carey, Judge Sedwick
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
"USA V RONN L. ROSEBERRY ET AL"

For all filing dates

```
Document #   Filed      Docket text

   9 -   1   06/24/05   [Re: DEF 5] PMP Order regarding preparation for trial w/parties to meet
                        by 7/1/05; PTMs due 7/15/05. cc:  USA, S. Dattan, Judge Sedwick

  10 -   1   06/24/05   [Re: DEF 3-5] PMP Court Minutes [ECR Keitha Kolvig] re: I/A held
                        6/24/05: cnsl appointed; Defs pled NOT GUILTY; detention hrg set for
                        6/30/05, 10:00 a.m. at Juneau. cc: USA, S. Sterling, W. Carey, S.
                        Dattan, USM, USPO, CJA Clerk, Judge Sedwick

  11 -   1   06/27/05   DEF 3 Attorney Appearance by S. Sterling.

  12 -   1   06/27/05   DEF 3 Notice of intent to use Rule 16 material as evidence at trial.

  13 -   1   06/27/05   {SEALED}

  14 -   1   06/27/05   [Re: DEF 3] Return of WOA executed on 06/23/05.

  15 -   1   06/27/05   [Re: DEF 4] CJA appointment of W. Carey.

  16 -   1   06/27/05   [Re: DEF 3] CJA appointment of S. Sterling.

  17 -   1   06/27/05   [Re: DEF 5] CJA appointment of S. Dattan.

  13 -   2   06/28/05   {SEALED}

  18 -   1   06/28/05   [Re: DEF 3-5] PMP Minute Order resetting 6/30/05 det hrg from 10:00 a.m.
                        to 11:00 a.m. on 6/30/05. cc: USA, S. Sterling, W. Carey, S. Dattan,
                        USM, USPO

  19 -   1   06/28/05   DEF 5 Attorney Appearance of D. Scott Dattan.

  20 -   1   06/28/05   DEF 5 motion for discovery.

  21 -   1   06/29/05   DEF 4 motion on shortened time to vacate detention hearing w/att aff.

  21 -   2   06/29/05   [Re: DEF 4] PMP Order granting mot on shortened time to vacate
                        6/30/05det hrg (21-1) as to DEF 4. cc: USA, W. Carey, USM, USPO

  22 -   1   06/29/05   [Re: DEF 3-5] JWS Minute Order setting TBJ on 8/30/05 @ 9:00 a.m. @
                        Juneau; FPTC set 8/30/05 @ 8:30 a.m. @ Juneau. cc: USA, S. Sterling, W.
                        Carey, S. Dattan, USM, USPO, MJ Pallenberg, JC, ECR, Divisional Deputy

  23 -   1   06/29/05   [Re: DEF 1] Return of WOA executed on 6/22/05.

  24 -   1   06/29/05   [Re: DEF 4] Return of WOA executed on 6/23/05.

  25 -   1   06/29/05   [Re: DEF 5] Return of WOA executed on 6/23/05.

NOTE -  11   06/30/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested in Portland Oregon.
                        USM to notify the court of availability if transported ot the district.

  26 -   1   06/30/05   [Re: DEF 3-5] PMP Court Minutes [ECR Keitha Kolvig] re: detention hrg
                        held 6/30/05: detention hrg reset to 7/6/05, 1:30 p.m. at Juneau; orders
                        of detention pending trial filed. cc: USA, S. Sterling, S. Dattan, W.
                        Carey, USM, USPO, Judge Sedwick

  27 -   1   06/30/05   [Re: DEF 3] PMP Order of Detention Pending Trial. cc: USA, S.Sterling,
                        USM, USPO, Judge Sedwick
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                              "USA V RONN L. ROSEBERRY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 28 - 1 | 06/30/05 | [Re: DEF 4] PMP Order of Detention Pending Trial. cc: USA, W. Carey, USM, USPO, Judge Sedwick |
| 29 - 1 | 06/30/05 | [Re: DEF 5] PMP Order of Detention Pending Trial. cc: USA, S. Dattan, USM, USPO, Judge Sedwick |
| 30 - 1 | 06/30/05 | {SEALED} |
| 30 - 2 | 06/30/05 | {SEALED} |
| 31 - 1 | 07/05/05 | DEF 3 Notice of intent to assert defense of actual or believed exercise of public authority on behalf of federal agency. |
| 32 - 1 | 07/06/05 | [Re: DEF 3-5] PMP Court Minutes [ECR Keitha Kolvig] re: Continued detention hrg (held 7/6/05): Def Davis (D-2) to remain in custody; Def McKitrick (D-4) detention hrg continued to 7/7/05, 3:00 p.m. at Juneau; Def cnsl and USA to work out limited conditions of release as to Def Victovich (D-5) for medical treatment. cc: USA, S. Sterling, S. Dattan, W. Carey, USM, USPO, Judge Sedwick |
| 33 - 1 | 07/07/05 | DEF 4 motion on shortened time to vacate detention hearing. |
| 33 - 2 | 07/07/05 | [Re: DEF 4] PMP Order granting motion on shortened time to vacate detention hearing set for 7/7/05, 3:00 p.m. at Juneau. (33-1) cc: USA, cnsl, USM, USPO, Judge Sedwick |
| 34 - 1 | 07/07/05 | [Re: DEF 1-5] PLF 1 Attorney Substitution for James Goeke. |
| 35 - 1 | 07/07/05 | [Re: DEF 3-5] PLF 1 Discovery Conference Certificate. |
| 36 - 1 | 07/12/05 | DEF 2 motion for transportation from Ketchikan, Alaska to Juneau, Alaska for 7/21/05 initial appearance. |
| 37 - 1 | 07/13/05 | [Re: DEF 2] PMP Minute Order terminating in light of this order: motion for transportation from Ketchikan, Alaska to Juneau, Alaska (36-1); Arr prev set for 7/21/05 at 1:30 p.m. before MJ Pallenberg in Juneau is VACATED & RESET for same date & time before MJ Guss in Ketchikan. cc: USA, FPD, USM, USPO, MJ Guss |
| 38 - 1 | 07/15/05 | DEF 3 Unopposed motion to extend pretrial motion filing deadline w/att aff. |
| 39 - 1 | 07/15/05 | DEF 3 motion to shorten time re 38-1. |
| 40 - 1 | 07/15/05 | USM Return of summons re: DEF 2 on 7/7/05. |
| 41 - 1 | 07/19/05 | [Re: DEF 5] PMP Minute Order denying motion for discovery (20-1). cc: USA, D. Dattan |
| 42 - 1 | 07/19/05 | [Re: DEF 3] PMP Minute Order granting Unopposed motion to extend pretrial motion filing deadline (38-1), motion to shorten time re 38-1 (39-1). cc: PTMs due 7/22/05. cc: USA, S. Sterling |
| 43 - 1 | 07/21/05 | [Re: DEF 2] MEG Minute Order re Arr hld 7/21/05; M. Dieni apptd; def pled not guilty to cts 1,2,3; bond set O/R; PTM's due 7/29/05; status hrg set for 7/27/05 at 2:00 p.m. in Anchorage, before MJ Pallenberg. cc: USA, FPD, USM, USPO, MJ Pallenberg, Judge Sedwick |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
"USA V RONN L. ROSEBERRY ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 44 | - 1 | 07/21/05 | [Re: DEF 2] Financial Affidavit. |
| 45 | - 1 | 07/21/05 | [Re: DEF 2] Order setting conditions of release. cc: USA, FPD, USM, USPO |
| 46 | - 1 | 07/21/05 | [Re: DEF 2] MEG Order regarding preparation for trial re cnsl to meet & confer by 7/22/05; PTM's due 7/29/05. cc: USA, FPD |
| 47 | - 1 | 07/21/05 | [Re: DEF 2] PLF 1 Discovery conference certificate. |
| 48 | - 1 | 07/22/05 | {SEALED} |
| 49 | - 1 | 07/22/05 | {SEALED} |
| 48 | - 2 | 07/25/05 | {SEALED} |
| 49 | - 2 | 07/25/05 | {SEALED} |
| 50 | - 1 | 07/25/05 | [Re: DEF 2] JWS Minute Order setting TBJ on 8/30/05 @ 9:00 a.m. @ Juneau, AK & FPTC on 8/30/05 @ 8:30 a.m. @ Juneau, AK.. cc: USA, FPD, USM, USPO, MJ Pallenberg, JC, ECR, Divisional Deputy |
| 51 | - 1 | 07/25/05 | DEF 2 Unopposed motion to continue trial w/att aff. |
| 52 | - 1 | 07/26/05 | {SEALED} |
| 52 | - 2 | 07/27/05 | {SEALED} |
| 53 | - 1 | 07/27/05 | [Re: DEF 2-5] JWS Order granting unoppo mot to continue trial (51-1); 8/30/05 FPTC & TBJ are reset to 9/26/05 @ 9:00 a.m. and 9:30 a.m., respectively. cc: USA, FPD, S. Sterling, W. Carey, S. Dattan, USM, USPO, MJ Pallenberg, ECR, Divisional Deputy, JC, Judge Holland |
| 54 | - 1 | 07/27/05 | [Re: DEF 1-5] JWS Minute Order that by agreement of the judges this case is reassigned to Judge Holland; use case number J05-004 CR (HRH) on all future filings. cc: USA, FPD, S. Sterling, W. Carey, S. Dattan, USM, USPO, JC, MJ Pallenberg, Judge Holland |
| 55 | - 1 | 07/27/05 | [Re: DEF 2] PMP Court Minutes [ECR: Elisa Singleton] re Status Hearing (held 7/27/05); defendant's conditions of release modified. cc: USA, FPD, USM, USPO, MJ Roberts |
| 56 | - 1 | 07/27/05 | [Re: DEF 2] Order setting conditions of release. USA, FPD, USM, USPO, MJ Roberts |
| 57 | - 1 | 07/28/05 | [Re: DEF 3-5] HRH Order of excludable delay re: mot @ dkt 51 from 9/2/05 to 9/26/05 (25 days; under code R). |
| 58 | - 1 | 08/12/05 | [Re: DEF 1] Certified Cy of Documents Commitment to Another District, Waiver of Removal, Crt Min, Notice of reassignement of FPD, Crt Min, Order of Detention, Crt Min, Waver of removal, WOA, dkt sheet transferred from USDC-Oregon (05-mj-459 w/att docs. |
| 59 | - 1 | 08/15/05 | DEF 4 motion for bail review hearing. |
| 60 | - 1 | 08/15/05 | [Re: DEF 4] PMP Minute Order granting motion for bail review hearing (59-1); bail review hrg set for 8/19/05 at 2:30 p.m. cc: USA, B. Carey, USM, USPO |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                            "USA V RONN L. ROSEBERRY ET AL"

                                  For all filing dates

 Document #    Filed      Docket text
 ----------    -----      -----------

    61 -  1   08/19/05   [Re: DEF 4] PMP Court Minutes [ECR: Keitha Kolvig] Bail Review Hrg (held
                         8/19/05): Mellanie Isner approved as 3rd party custodian; Order Setting
                         Conditions of Release signed by court and cnsl to get Order Setting
                         Conditions of Release signed; release order will be signed when signed
                         order returned and $10,000 cash bail posted. cc: USA, W. Carey, USM,
                         PTS, Judge Holland

    61A-  1   08/19/05   [Re: DEF 4] Order setting conditions of release w/Mellannie Isner as 3rd
                         party cust; $10,000 cash bail to be posted, surrender passport; not
                         leave Ketchikan except for travel to Juneau court; not to work in liquor
                         store, but office only. cc: USA, W. Carey, USM, PTS, Judge Holland

  NOTE - 12   08/24/05   [Re: DEF 1] USM Notice of Availability.

  NOTE - 13   08/24/05   Notation: Proposed Trial Date Setting for Arr to USDJ re: DEF 1.

    62 -  1   08/24/05   [Re: DEF 1] MEG Court Minutes [ECR: April Karper] re Arr on Indt (held
                         8/24/05); FPD to appt CJA cnsl; def pleas not guilty to cts 1 and 2 of
                         the indt; def detained; meet and confer by 1:00 p.m. on 8/26/05; ptm's
                         due 9/6/05; TBJ set for 9/26/05 before Judge Holland; cc: USA, FPD CJA
                         Clerk, USM, USPO, MJ Pallenberg, Judge Holland.

    63 -  1   08/25/05   [Re: DEF 1] MEG Order regarding preparation for trial.  Pretrial motions
                         due by 9/6/05.  Discovery conf to be held by 8/26/05 before 1:00 p.m.
                         cc: AUSA,  L. Menendez, FPD, CJA Clerk, USM, USPO, JUDGE HOLLAND

    64 -  1   08/25/05   [Re: DEF 1] MEG Order of Detention Pending Trial.  cc; AUSA, L.
                         Menendez, USM, UPSO, Judge Holland, FPD CJA Clerk

    65 -  1   08/25/05   DEF 1 Financial Affidavit.

    66 -  1   08/26/05   [Re: DEF 1] HRH Minute Order setting TBJ on 9/26/05 @ 9:00 a.m. & FPTC
                         for 9/26/05 @ 8:30 a.m. cc: USA, L. Menendez, FPD (CJA Clk), USM, USPO,
                         MJ Pallenberg, ECR, Divisional Deputy, JC

    67 -  1   08/26/05   [Re: DEF 1] PLF 1 Certification of discovery.

    68 -  1   08/31/05   DEF 1 CJA appointment of L. Mendendez.

    69 -  1   09/06/05   [Re: DEF 1] Amended HRH Minute Order setting TBJ on 9/26/05 @ 9:30 a.m.
                         @ Juneau & FPTC for 9/26/05 @ 9:00 a.m. @ Juneau. cc: L. Menendez, USA,
                         FPD (CJA clk), USM, USPO, ECR, MJ Pallenberg, JC, Divisional Deputy

    70 -  1   09/07/05   DEF 4 motion for bail review & approval of ankle monitoring.

    71 -  1   09/08/05   DEF 1 Unopposed motion to continue and reschedule jury trial w/att memo.

    72 -  1   09/08/05   PLF 1; DEF 5 Stipulation for pretrial release of defendant.

    73 -  1   09/12/05   {SEALED}

    73 -  2   09/12/05   {SEALED}

    72 -  2   09/13/05   [Re: DEF 5] PMP Order granting stipulation for pretrial release of
                         defendant (72-1). cc: USA, S. Dattan, USM, USPO

    74 -  1   09/13/05   [Re: DEF 5] Copy of Order of Release re def released 9/13/05. cc: USA,
                         S. Dattan, USM, USPO

 ACRS: R_RDSDX                   As of 12/01/05 at 2:56 PM by GARRY                        Page 5
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                            "USA V RONN L. ROSEBERRY ET AL"

                                  For all filing dates

Document #    Filed       Docket text
----------    -------     ------------------------------------------------------

   75 -  1    09/13/05    [Re: DEF 1] PLF 1 non-opposition (fld on shortened time) to DEF 1
                          Unopposed motion to continue and reschedule jury trial (71-1).

   76 -  1    09/13/05    [Re: DEF 4] PMP Minute Order re bail review hearing set for 9/16/05 at
                          1:30 p.m. cc: USA, B. Carey, USM, USPO

   77 -  1    09/14/05    DEF 3 motion for hearing to review conditions of release and to review
                          conditions at jail w/att memo, affidavit.

   78 -  1    09/14/05    DEF 3 motion to shorten time re: motion for hearing to review conditions
                          of release and to review conditions at jail w/att memo, affidavit.
                          (77-1)

   79 -  1    09/15/05    [Re: DEF 3] PMP Minute Order denying motion for hearing to review
                          conditions of release and to review conditions (77-1); granting motion
                          to shorten time re: motion for hearing to review conditions of release
                          (78-1). cc: USA, S. Sterling

   80 -  1    09/16/05    [Re: DEF 4] PMP Court Minutes [ECR: Keitha Kolvig] for Bail Review Hrg
                          (held 9/16/05): Melanie Isner heard and approved as 3rd party custodian;
                          prev order setting conditions of release still in effect, BUT Def is
                          allowed in storeroom where alcohol kept; def cnsl to obtain signatures
                          on Order Setting Cond of Release and file with clerk's ofc; Court will
                          sign Release Order when $10,000 cash only bail posted. cc: USA, W.
                          Carey, USM, PTS, Judge Holland

   81 -  1    09/19/05    [Re: DEF 4] PLF 1 Appearance bond of $10,000. cash.

   82 -  1    09/19/05    [Re: DEF 4] PMP Cy of Order of Release.

   83 -  1    09/21/05    [Re: DEF 1-5] HRH Order granting unoppo mot to continue & reschedule
                          jury trial (71-1); 9/26/05 TBJ vacated & reset to 10/31/05 @ 9:00 a.m. @
                          Juneau, AK; PCOPs are to be held in Anchorage unless other arrangements
                          are made. cc: USA, L. Menendez, FPD, S. Sterling, W. Carey, S. Dattan,
                          USM, USPO, MJ Pallenberg, ECR, JC, Divisional Deputy

   84 -  1    09/22/05    [Re: DEF 1-5] HRH Minute Order vacating 9/26/05 FPTC @ Juneau. cc: USA,
                          L. Menendez, FPD, S. Sterling, W. Carey, S. Dattan, USM, USPO, ECR,
                          Divisional Deputy

   85 -  1    09/23/05    [Re: DEF 2] HRH Order of excludable delay re: mot @ dkt 71 from 9/30/05
                          to 10/31/05 (32 days; under code R).

   86 -  1    09/23/05    [Re: DEF 3] HRH Order of excludable delay re: mot @ dkt 71 from 9/27/05
                          to 10/31/05 (35 days; under code R).

   87 -  1    09/23/05    [Re: DEF 4] HRH Order of excludable delay re: mot @ dkt 71 from 9/27/05
                          to 10/31/05 (35 days; under code R).

   88 -  1    09/23/05    [Re: DEF 5] HRH Order of excludable delay re: mot @ dkt 71 from 9/27/05
                          to 10/31/05 (35 days; under code R).

   89 -  1    09/26/05    DEF 5 Notice of Intent to change plea.

   90 -  1    09/27/05    [Re: DEF 5] HRH Minute Order setting PCOP hrg on 10/6/05 @ 9:00 a.m. @
                          Anchorage. cc: USA, S. Dattan, USM, USPO, MJ Pallenberg, JC, Divisional
                          Deputy


ACRS: R_RDSDX                    As of 12/01/05 at 2:56 PM by GARRY                         Page 6
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                            "USA V RONN L. ROSEBERRY ET AL"

                               For all filing dates


 Document #    Filed       Docket text

     91 -  1   09/27/05    {SEALED}

     91 -  2   09/27/05    DEF 3 motion (request) for transportation.

     92 -  1   09/29/05    DEF 5 motion for temporary modification of cond's of release.

     93 -  1   09/29/05    DEF 5 motion for continued release on conditions.

     94 -  1   09/30/05    [Re: DEF 5] HRH Order granting motion for temporary modification of
                           cond's of release as stated (92-1). cc: ASUA, S. Dattan, USM, USPO, MJ
                           PALLENBERG

     95 -  1   10/04/05    [Re: DEF 3] HRH Minute Order setting PCOP hrg on 10/17/05 @ 9:00 a.m. @
                           Anchorage, AK; granting mot (req) for transp (91-2); USM to transport
                           DEF 3 from Juneau to Anch to allow for meeting w/cnsl prior to PCOP hrg.
                           cc: USA, S. Sterling, USM, USPO, MJ Pallenberg, JC, Divisional Deputy

     96 -  1   10/04/05    DEF 4 Notice of Intent to change plea.

     97 -  1   10/05/05    {SEALED}

     98 -  1   10/05/05    {SEALED}

     99 -  1   10/05/05    {SEALED}

    100 -  1   10/06/05    [Re: DEF 5] HRH Court Minutes [ECR: Caroline Edmiston] RE: Proposed
                           Change of Plea Hearing (held 10/06/05); granting motion for continued
                           release on conditions (93-1); deft plead guilty on count 1 of the
                           Indictment; count 2 of the indictment to be dismissed at IOS; IOS set
                           01/09/06 at 9:00 a.m.; TBJ set 10/31/05 at 9:00 a.m. in Juneau, AK
                           Vacated; defendant's conditions of release remain as previously set and
                           defendant to remand herself to USM in Anchorage when medical treatment
                           completed.  CC: USA, S. DATTAN, USM, USPO, JURY CLERK.

    101 -  1   10/06/05    [Re: DEF 5] HRH Order re defendant's motion to remain out of custody
                           pending medical treatment (dkt 93); Granted and signed in court;
                           defendant to remand herself to the USM in Anchorage, AK once medical
                           care is concluded. CC: USA, S. Dattan, USM, USPO.

    102 -  1   10/07/05    [Re: DEF 4] HRH Minute Order setting PCOP hrg on 10/17/05 @ 9:30 a.m. @
                           Anchorage, AK. cc: USA, W. Carey, USM, USPO, MJ Pallenberg, JC,
                           Divisional Deputy

    103 -  1   10/12/05    DEF 3 motion to continue change of plea hearing w/att memo.

    104 -  1   10/12/05    DEF 3 Unopposed motion to shorten time re: Davis's motion to continue
                           change of plea hearing w/att memo & aff.

    105 -  1   10/13/05    [Re: DEF 3] HRH Order granting unoppo mot to shorten time re: Davis's
                           mot to continue change of plea (104-1). cc: USA, S. Sterling

    106 -  1   10/13/05    [Re: DEF 3] HRH Order granting mot to continue change of plea hrg
                           (103-1); PCOP reset to 10/25/05 @ 9:00 a.m. @ Anchorage. cc: USA, S.
                           Sterling, USM, USPO, MJ Pallenberg

    107 -  1   10/14/05    DEF 4 Unopposed motion for temporary relaxation of conditions of
                           release.

 ACRS: R_RDSDX                   As of 12/01/05 at 2:56 PM by GARRY                       Page 7
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                                  "USA V RONN L. ROSEBERRY ET AL"

                                         For all filing dates

 Document #   Filed       Docket text

   107 -  2   10/14/05    [Re: DEF 4] HRH Order granting unoppo mot for temporary relaxation of
                          conditions of rls (107-1); def may travel to Anchorage for PCOP hrg w/o
                          3rd pty custodian. cc: USA, W. Carey, USM, USPO

   108 -  1   10/14/05    {SEALED}

   109 -  1   10/17/05    [Re: DEF 4] HRH Court Minutes [ECR: April Karper] re Prop Change of Plea
                          Hrg (held 10/17/05); def changed plea to guilty on Ct 1 of the Indt; crt
                          reserved acceptance of plea; IOS set for 1/9/06 at 9:30 a.m.; def det
                          cont; TBJ set for 10/31/05 at 9:00 a.m. is vacated; cc: USA, W. Carey,
                          USM, USPO, JC, MJ Pallenberg.

   110 -  1   10/17/05    {SEALED}

   111 -  1   10/17/05    {SEALED}

   112 -  1   10/17/05    DEF 2 motion (request) for change of plea hearing w/att aff.

   110 -  2   10/18/05    {SEALED}

   111 -  2   10/18/05    {SEALED}

   113 -  1   10/18/05    [Re: DEF 2] HRH Order granting mot (req) for change of plea hearing
                          (112-1); PCOP set 10/27/05 @ 9:00 a.m. in Anchorage. cc: USA, FPD, USM,
                          USPO, MJ Pallenberg

   114 -  1   10/18/05    {SEALED}

   114 -  2   10/19/05    {SEALED}

   115 -  1   10/19/05    [Re: DEF 1] HRH Minute Order re: upcoming trial of 10/31/05; crt directs
                          parties to resolve case or try it on 10/31/05. cc: USA, L. Menendez

   116 -  1   10/19/05    {SEALED}

   117 -  1   10/19/05    {SEALED}

   118 -  1   10/19/05    {SEALED}

  NOTE - 14   10/20/05    [Re: DEF 2] Issued WOA.

   119 -  1   10/20/05    [Re: DEF 2] PLF 1 motion (ex parte) expedited for issuance of arrest
                          warrant for violation of release conditions pending trial.

   120 -  1   10/20/05    DEF 1 Unopposed motion to continue and reschedule jury trial w/att memo
                          and prop order.

   121 -  1   10/20/05    DEF 1 motion for shortened time to consider 120-1.

   122 -  1   10/20/05    [Re: DEF 2] PMP Order granting motion expedited for issuance of arrest
                          warrant for violation of release conditions (119-1).  cc: AUSA, USM,
                          USPO

   121 -  2   10/21/05    [Re: DEF 1] HRH Order granting mot for shortened time to consider 120-1
                          (121-1). cc: USA, L. Menendez

   123 -  1   10/21/05    [Re: DEF 1] HRH Minute Order setting hrg on mot to continue trial (dkt
                          120) on 10/24/05 @ 9:00 a.m. @ Anchorage; def cnsl may appear
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                           "USA V RONN L. ROSEBERRY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | telephonic. cc: USA, L. Menendez, USM, USPO |
| 124 - 1 | 10/21/05 | DEF 1 Notice of Intent to change plea. |
| 124 - 2 | 10/21/05 | DEF 1 motion on shortened time to vacate hearing set 10/24/05. |
| 125 - 1 | 10/21/05 | [Re: DEF 1] HRH Minute Order granting motion to vacate hearing set 10/24/05 (124-2); PCOP hrg set 11/8/05 @ 9:00 a.m. @ Anchorage; 10/31/05 TBJ vacated; terminating in light of this order: unoppo mot to cont & reschedule jury trial (120-1). cc: USA, L. Menendez, USM, USPO, MJ Pallenberg, JC |
| 116 - 2 | 10/24/05 | {SEALED} |
| 117 - 2 | 10/24/05 | {SEALED} |
| 126 - 1 | 10/24/05 | {SEALED} |
| 127 - 1 | 10/25/05 | [Re: DEF 3] HRH Court Minutes [ECR: Robin Carter] Re: PCOP hrg held 10/25/05; def changed plea to guilty to Ct 2 of Indt; IOS set for 1/9/06 at 10:30 a.m. in Anch; tbj set for 10/31/05 at 9:00 a.m. in Juneau is vacated as to this def only; orig signed plea agreement to be filed. cc: USA, S. STERLING, USM, USPO, JC, MJ Pallenberg. |
| 128 - 1 | 10/25/05 | DEF 1 motion to order transfer of defendant from Anchorage jail to Lemon Creek w/att memo. |
| 129 - 1 | 10/25/05 | {SEALED} |
| 130 - 1 | 10/27/05 | {SEALED} |
| 131 - 1 | 10/28/05 | [Re: DEF 2] PMP Court Minutes [ECR: Caroline Edmiston] RE: Initial Appearance on Violation of Pretrial Release Conditions (held 10/28/05); defendant's oral motion to release defendant Denied; Defendant detained pending IOS. CC: USA, FPD, USM, USPO, Judge Holland. |
| 132 - 1 | 10/28/05 | [Re: DEF 2] PMP Order of Detention Pending Imposition of Sentence. CC: USA, FPD, USM, USPO. |
| 133 - 1 | 10/31/05 | [Re: DEF 2] Return of WOA executed on 10/27/05. |
| 134 - 1 | 11/07/05 | DEF 1 unopposed motion for telephonic participation at change of plea. |
| 134 - 2 | 11/07/05 | [Re: DEF 1] HRH Order granting motion unopposed motion for counsel L. Menendez for telephonic participation at change of plea (134-1). cc: USA, L. Menedez |
| 135 - 1 | 11/07/05 | DEF 1 Unopposed motion for consideration on shortened time re 134-1. |
| 135 - 2 | 11/07/05 | [Re: DEF 1] HRH Order granting unopposed motion for consideration on shortened time re 134-1 (135-1). cc: USA, L. Menedez |
| 136 - 1 | 11/07/05 | {SEALED} |
| 136 - 2 | 11/07/05 | {SEALED} |
| 128 - 2 | 11/08/05 | [Re: DEF 1] HRH Order denying w/leave to renew motion to order transfer of defendant from Anchorage jail to Lemon Creek (128-1). cc: USA, L. Menendez |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE J05-0004--CR (HRH)
                             "USA V RONN L. ROSEBERRY ET AL"

                                  For all filing dates

Document #    Filed      Docket text
_____    _____      _____

  137 -   1   11/08/05   {SEALED}

  138 -   1   11/28/05   {SEALED}

  138 -   2   11/29/05   {SEALED}

  139 -   1   11/29/05   DEF 3 motion to authorize substance treatment pending imposition of
                         sentence w/att memo, aff & exhs.

  140 -   1   11/30/05   [Re: DEF 3] HRH Order that govt file oppo, if any, to mot to authorize
                         treatment @ dkt 139 by midday 12/2/05. cc: USA, S. Sterling
```