MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FILED
DEC 1 3 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
_____ Deputy

UNITED STATES OF AMERICA    v.    RONN L. ROSEBERRY, et al.

THE HONORABLE H. RUSSEL HOLLAND    CASE NO.    J05-0004-CR (HRH)

This Order pertains to:    McKITRICK, Susan C. [D-04]

Deputy Clerk    Official Recorder

*Pam Richter*

APPEARANCES:    for PLAINTIFF:    ----

for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

Defendant has filed a motion on shortened time for modification of conditions of release (Clerk's Docket No. 143). The court has communicated with the probation officer. The probation officer is not entirely comfortable with defendant's proposal.

This matter is referred to the assigned magistrate judge for review.

---

IMMEDIATE NOTIFICATION per 12/13/05 t/c notice: USA, W. Carey, USPO
IS REQUESTED

J05-0004--CR (HRH)    12-13-05

✓ W. CAREY
✓ J. GOEKE (US-ATTY)    ✓ MAGISTRATE JUDGE PALLENBE
✓ US PROBATION

146