**FILED**
DEC 1 4 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   SUSAN C. MCKITRICK

THE HONORABLE PHILIP M. PALLENBERG

DEPUTY CLERK                           CASE NO. J05-004-4CR (HRH)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 13, 2005

A hearing on defendant's motion on shortened time for modification of conditions of release, Clerk's Docket No. 143, is hereby set for **Thursday, December 15, 2005, at 9:00 a.m.** before Magistrate Judge Philip M. Pallenberg in Juneau.

Counsel and the pretrial officer may appear telephonically by calling 907-677-6246.

cnsl, USPO t/c notified 12/13/05

PD 12-14-05

147

[]{IA.WPD*Rev.12/96}