WILLIAM B. CAREY, 8212160
Attorney for Defendant
SUSAN C. MCKITRICK
1502 West 34th Avenue
Anchorage, Alaska 99503

Telephone:    (907) 272-4255
Facsimile:    (907) 272-4256

LODGED

DEC 0 8 2005

FILED

DEC 1 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. J05-0004-4 (HRH) |
| SUSAN C. MCKITRICK, | ) |
| Defendant. | ) |

### ORDER FOR MODIFICATIONS OF CONDITIONS OF RELEASE

Defendant's Motion on Shortened Time for Modification of Conditions of Release having come before the Court and there being no opposition from the Government or the United States Probation/Pre-Trial Services Office,

IT IS HEREBY ORDERED as follows:

    1.    Defendant's motion is GRANTED.

    2.    Defendant's conditions of release are modified to provide that

    a.    The defendant shall remain at the family home located at 2259 South Tongass Highway, Ketchikan, Alaska 99901 unless she is in the third party custody of her mother, Mellanie Eisner.

    b.    The third party custodian shall be permitted to travel to work and otherwise conduct her personal business without having the defendant in her presence so long as the defendant remains at home and the third party custodian

*pmp*

*pmp*

151

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

makes some reasonable effort to keep in touch with the defendant to ensure that she remains home.

        c.      Defendant's conditions are further modified to provide that she shall be allowed to travel to Anchorage for her sentencing hearing without her third party custodian, whose duties shall be relieved upon her transport of the defendant to the airport in Ketchikan. *Defendant will notify Pretrial Services of dates & times of travel and where she will stay in Anchorage.* All other conditions of release shall remain in place.

      DATED at Juneau, Alaska this _____15_____ day of December, 2005.

                                  _____
                                  Honorable Phillip Pallenberg
                                  U.S. Magistrate Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of December, 2005, a true and correct copy of the foregoing was hand delivered to the following:

U.S. Attorney
222 West 7th Ave, #9 Room 253
Anchorage AK 99513-7567

Chris Liedike
United States Probation Officer
222 W 7th Ave, #48, Rm. 168
Anchorage AK 99513-7562

                                  *Brenda W. McCleary*

**J05-0004 CR (HRH)**
✓B. Schroeder (USA)  ✓US Marshal
✓W. Carey          ✓PTS
✓Judge Holland
       12/16/05.8

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256