WILLIAM B. CAREY, 8212160
Attorney for Defendant
SUSAN C. MCKITRICK
1502 West 34th Avenue
Anchorage, Alaska 99503

Telephone: (907) 272-4255
Facsimile: (907) 272-4256

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>SUSAN C. MCKITRICK, )<br>)<br>Defendant. ) | Case No. J05-0004-4 CR (HRH) |

### SENTENCING MEMORANDUM OF DEFENDANT SUSAN C. MCKITRICK

SUSAN C. MCKITRICK has pled guilty to one count of conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine. Ms. MCKITRICK's criminal history category has been properly set at Category II, based primarily on her conviction in 1997 on State drug charges.

Ms. MCKITRICK became involved in this conspiracy through her acquaintance with Ronn L. Roseberry, the leader of the group. By her own admission given to police upon their first contact with her in May, 2005, Ms. MCKITRICK received at least one package of methamphetamine consisting mainly of approximately four ounces or distribution in Ketchikan in 2004. Subsequently, she and Mr. Roseberry had a falling out. In late 2004 Ms. MCRITICK began a program with Gateway Center for Human Services. She was attempting to deal with her drug


BEST SCANNED IMAGE AVAILABLE

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

addiction. In December, 2004. and January 2005, Ms MCKITRICK tested clean for the use of amphetamines and other drugs. Copies attached as Exhibit A. She had essentially removed herself from Mr. Roseberry's operation, although she maintained acquaintances with some of her co-defendants, in particular, Betty Duvall, who had essentially taken over the distribution operation in Ketchikan.

On May 14, 2005, Betty Duvall picked up a package containing a substantial amount of methamphetamine which had been sent by Mr. Roseberry. Ms. Duvall happened to come, uninvited, to Ms. MCKITRICK's residence at the Gilmore Hotel that date and was followed by law enforcement officers. Ms. MCKITRICK had fallen back into her methamphetamine use and had something on the order of five plus grams of the substance in her possession in her room.

All other drugs found on that date, as set out on page 8 of the pre-sentence report, were drugs that had been carried over by Betty Duvall, of which Ms. MCKITRICK was not aware. It is the defendant's position that Ms. MCKITRICK should not be held responsible, as relevant conduct, for the first three items listed in paragraph 44 of the pre-sentence report, namely, 254.3 grams of methamphetamine along with the money seized from Ms. Duvall, ($8020.00).

There is nothing in the police reports or other investigatory materials perceived by the defendant which otherwise indicate that she was actively involved in the conspiracy in May, 2005.

Ms. MCKITRICK's statements to the police at the time of her arrest, as well as approximately a month later and subsequently in the presence of counsel during a debriefing at the Juneau police department have all been consistent, thorough and complete. She has admitted her involvement in this group, including bringing up

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

Case 1:05-cr-00004-HRH    Document 164    Filed 01/03/2006    Page 3 of 18

incidents in 2004 which might have otherwise been difficult for the Government to prove. It is the defendant's position that the offense level was properly calculated in the plea agreement in this matter, something that she came to rely on. That is a base offense level of 32, for within 50 and 150 grams of methamphetamine (actual).

Ms. MCKITRICK further argues that her overall offense level should be adjusted downward two levels for her status as a minor participant under U.S.S.G. § 3B1.2. She is less culpable than the average defendant because she had essentially withdrawn from this conspiracy. She was a user who had maintained her personal contacts, but not business contacts with other members of the conspiracy, not including the head of the conspiracy, Mr. Roseberry. Police reports indicate that Mr. Roseberry himself indicated that Ms. MCKITRICK had been involved in 2004, but not thereafter.

With a base offense level of 32 and reductions of three levels for acceptance of responsibility and an additional two levels for a minor role, Ms. MCKITRICK's base offense level should be set at 27, with a criminal history category II, a sentencing range of 78 to 97 months.

Of course, Ms. MCKITRICK is not safety valve eligible and therefore continues to face a ten year statutory mandatory minimum term of imprisonment. In this regard, the defendant does have some expectation of a 5K1 motion for substantial assistance to be filed by the government. Again, she has been thorough and prompt in her debriefings. Her information has no doubt played a role in the decision of Mr. Roseberry to change his plea and, it is believed, in certain charges being made against Ms. Duvall for activities of hers while out on release. Ms. MCKITRICK has done her best to give the government whatever information she has on ongoing activity in

Page 3

Ketchikan.

Lastly, it should be noted that Ms. MCKITRICK's performance while on release has been exemplary. She has been mature in her acceptance of responsibility and her own situation in this matter. Defendant understands that a motion for substantial assistance is entirely at the discretion of the United States Attorney. Another comment is the defendant's position that an additional two level reduction would be appropriate under these circumstances and in consideration of 18 U.S.C. § 3553(a).

The Court should note that Ms. MCKITRICK is amenable to a 500 hour drug treatment program would ask the Court for a recommendation for admission into such a program.

DATED at Anchorage, Alaska this ___3___ day of January, 2006.

LAW OFFICE OF WILLIAM B. CAREY
Attorney for Defendant
SUSAN C. MCKITRICK

_____
William B. Carey
Alaska Bar No. 8212160

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2006, a true and correct copy of the foregoing was hand delivered to the following:

U.S. Attorney
222 West 7th Ave, #9 Room 253
Anchorage AK  99513-7567

Pam Shaw
United States Probation Officer
222 W 7th Ave, #48, Rm. 168
Anchorage AK  99513-7562

_____
Brenda W. McCleary

Page 4

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256



# CLINICAL REFERENCE LABORATORY™

|  |  |
|---|---|
| DATE: | 18-FEB-2005 |
| TIME: | 12:20 |
| NUMBER OF PAGES: | 3   ( Not including this cover sheet ) |
| FROM: | CRL Auto Transmission |
| COMPANY: | Clinical Reference Laboratory |
| ADDRESS: | 8433 Quivira Road |
|  | Lenexa, Kansas 66215 |
| VOICE PHONE #: | (800) 445-6917 |
| TO: | ANITA HALL |
| COMPANY: | GATEWAY CNTR HUMAN SRV. |
| ADDRESS: | 3050 FIFTH AVE. |
|  | KETCHIKAN, AK 99990 |
| NUMBER DIALED: | 1-907-247-4135 |
| SUBJECT: | ALL Client Result Reports |

NOTICE: This cover sheet and the materials enclosed with this transmission are the private, confidential property of the sender, and the materials are privileged communications intended solely for the receipt, use, benefit and information of the intended recipient included above. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any other action in reliance on the contents of this transmission is strictly prohibited and may result in legal liability on your part. If you have received this transmission in error, please notify us immediately at the telephone number above and arrange for return of this transmission to us.

Exhibit   A
Page   1   of   14

```
18-Feb-2005            Clinical Reference Laboratory                 12:19
            CLIA #17D0667123    SAMHSA #0007    CAP #30211-01

PHARMCHEM INC            NAME: N/S                    SAMPLE ID: 55531353
DAVID LATTANZIO          DOB: N/S                     COLLECTED: 01/25/05
2411 E LOOP 820 N        SSN: MS648690                RECEIVED:  02/16/05
BLDG 21                  GENDER: N/S                  COMPLETED: 02/18/05
FORT WORTH, TX 76118     SLIP ID: 0270572419          FAX: (817) 886-5185
PH: (817) 886-5151       REF ID: 587600002
COLL. SITE ID: N/S       REFERENCE 1: GATEWAY CNTR HUMAN SRV.
                         REFERENCE 2:

              REASON FOR TESTING:  OTHER
                  SAMPLE TYPE:  DRUG SCREEN ( 5 PANEL)
```

THIS SPECIMEN HAS BEEN HANDLED AND ANALYZED IN ACCORDANCE WITH FORENSIC REQUIREMENTS. ALL POSITIVE RESULTS ARE CONFIRMED BY A MASS SPECTROMETRIC TECHNIQUE.

```
INITIAL TEST                      RESULT / STATUS         CUTOFF VALUE
------------                      ---------------         ------------
  AMPHETAMINE, SWEAT              ........ NEGATIVE
  OPIATES, SWEAT                  ........ NEGATIVE
  COCAINE METABOLITE, SWEAT       ........ NEGATIVE
  PCP, SWEAT                      ........ NEGATIVE
  THC, SWEAT                      ........ NEGATIVE
```

LAB DIRECTOR: S. C. Kammerer, PhD, RP

ELECTRONICALLY REVIEWED BY EDDIE L. KELLY

Exhibit  A
Page  2  of  14

Page  1

Copyright 2005 Clinical Reference Laboratory.  All Rights Reserved.
8433 Quivira Road.  Lenexa, Kansas 66215.  (913) 492-3652

FCB: CLS.PHM.001Z.87600002

02/18/2005               Clinical Reference Laboratory                12:20

Transmission Verification Page

This report documents that you have received a report for the following Specimen ID's or that these SID's have been included in your Acknowledgement Report. It is not necessary to contact us unless this disagrees with your data.

Summary of Result SID's Sent

55531354
55531353
[ End of List ]

Total SID's Sent:        2

Exhibit __A__
Page __3__ of __14__

Page: 1

Copyright 2005 Clinical Reference Laboratory. All Rights Reserved.

Sue McKittrick

3654

| | | |
|---|---|---|
| 03-Feb-2005 | Clinical Reference Laboratory | 13:39 |
| | CLIA #17D0667123   SAMHSA #0007   CAP #30211-01 | |

```
PHARMCHEM INC              NAME: M, SUE                  SAMPLE ID: 55536096
DAVID LATTANZIO            DOB: N/S                      COLLECTED: 01/18/05
2411 E LOOP 820 N          SSN: MS 648690                RECEIVED:  02/01/05
BLDG 21                    GENDER: N/S                   COMPLETED: 02/03/05
FORT WORTH, TX 76118       SLIP ID: 0270572421           FAX: (817) 605-6402
PH: (817) 605-6602         REF ID: 587600002
COLL. SITE ID: N/S         REFERENCE 1: GATEWAY CNTR HUMAN SRV.
                           REFERENCE 2:

               REASON FOR TESTING:  OTHER
                      SAMPLE TYPE:  DRUG SCREEN ( 5 PANEL)
```

THIS SPECIMEN HAS BEEN HANDLED AND ANALYZED IN ACCORDANCE WITH FORENSIC
REQUIREMENTS. ALL POSITIVE RESULTS ARE CONFIRMED BY A MASS SPECTROMETRIC
TECHNIQUE.

| INITIAL TEST | RESULT / STATUS | CUTOFF VALUE |
|---|---|---|
| AMPHETAMINE, SWEAT | ........ NEGATIVE | |
| OPIATES, SWEAT | ........ NEGATIVE | |
| COCAINE METABOLITE, SWEAT | ........ NEGATIVE | |
| PCP, SWEAT | ........ NEGATIVE | |
| THC, SWEAT | ........ NEGATIVE | |

LAB DIRECTOR: S. C. Kammerer, PhD, RP

ELECTRONICALLY REVIEWED BY EDDIE L. KELLY

Page 1

Copyright 2005 Clinical Reference Laboratory. All Rights Reserved.
8433 Quivira Road. Lenexa, Kansas 66215. (913) 492-3652

FCB: CLS.PHM.001Z.87600002

Exhibit A
Page 4 of 14

| | | |
|---|---|---|
| 02/03/2005 | Clinical Reference Laboratory | 16:03 |
| | Transmission Verification Page | |

This report documents that you have received a report for the following Specimen ID's or that these SID's have been included in your Acknowledgement Report. It is not necessary to contact us unless this disagrees with your data.

Summary of Result SID's Sent

55536096
[ End of List ]

Total SID's Sent:     1

Page:  1

Exhibit __A__
Page __5__ of __14__

Copyright 2005 Clinical Reference Laboratory. All Rights Reserved.



## CLINICAL REFERENCE LABORATORY™

File 36-58

Sue McKitrick

```
          DATE:    31-JAN-2005
          TIME:    11:00
NUMBER OF PAGES:   3   ( Not including this cover sheet )

          FROM:    CRL Auto Transmission
       COMPANY:    Clinical Reference Laboratory
       ADDRESS:    8433 Quivira Road
                   Lenexa, Kansas 66215

  VOICE PHONE #:   (800) 445-6917

            TO:    ANITA HALL
       COMPANY:    GATEWAY CNTR HUMAN SRV.
       ADDRESS:    3050 FIFTH AVE.
                   KETCHIKAN, AK 99990

 NUMBER DIALED:    1-907-247-4135

       SUBJECT:    ALL Client Result Reports
```

NOTICE: This cover sheet and the materials enclosed with this transmission are the private, confidential property of the sender, and the materials are privileged communications intended solely for the receipt, use, benefit and information of the intended recipient included above. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any other action in reliance on the contents of this transmission is strictly prohibited and may result in legal liability on your part. If you have received this transmission in error, please notify us immediately at the telephone number above and arrange for return of this transmission to us.

Exhibit A
Page 6 of 14

FAXSR: Clinical Ref. Lab At 3   005 11:00 Page 1

```
31-Jan-2005              Clinical Reference Laboratory                    10:59
             CLIA #17D0667123    SAMHSA #0007    CAP #30211-01

PHARMCHEM INC              NAME: MS648690              SAMPLE ID: 55534311
DAVID LATTANZIO            DOB: N/S                    COLLECTED: 12/30/04
2411 E LOOP 820 N          SSN: A000926060             RECEIVED:  01/26/05
BLDG 21                    GENDER: N/S                 COMPLETED: 01/31/05
FORT WORTH, TX 76118       SLIP ID: 0270405332         FAX: (817) 605-6402
PH: (817) 605-6602         REF ID: 587600002
COLL. SITE ID: N/S         REFERENCE 1: GATEWAY CNTR HUMAN SRV.
                           REFERENCE 2:

             REASON FOR TESTING:  OTHER
             SAMPLE TYPE:         DRUG SCREEN ( 5 PANEL)

THIS SPECIMEN HAS BEEN HANDLED AND ANALYZED IN ACCORDANCE WITH FORENSIC
REQUIREMENTS. ALL POSITIVE RESULTS ARE CONFIRMED BY A MASS SPECTROMETRIC
TECHNIQUE.

INITIAL TEST                       RESULT / STATUS            CUTOFF VALUE
------------                       ---------------            ------------
  AMPHETAMINE, SWEAT               ........  NEGATIVE
  OPIATES, SWEAT                   ........  NEGATIVE
  COCAINE METABOLITE, SWEAT        ........  NEGATIVE
  PCP, SWEAT                       ........  NEGATIVE
  THC, SWEAT                       ........  NEGATIVE


          LAB DIRECTOR: S. C. Kammerer, PhD, RP

          ELECTRONICALLY REVIEWED BY EDDIE L. KELLY
```

                                Page  1

Copyright 2005 Clinical Reference Laboratory.  All Rights Reserved.
         8433 Quivira Road.  Lenexa, Kansas 66215.  (913) 492-3652
                    FCB: CLS.PHM.001Z.87600002

EXHIBIT  A
Page  7  of  14

FAXER: Clinical Ref. Lab At 3    N-2005 11:00 Page 2

File-36-58
Sue McKitrick

| | | |
|---|---|---|
| 31-Jan-2005 | Clinical Reference Laboratory | 10:59 |
| | CLIA #17D0667123   SAMHSA #0007   CAP #30211-01 | |

```
PHARMCHEM INC              NAME: MS648690              SAMPLE ID: 55534312
DAVID LATTANZIO            DOB: N/S                    COLLECTED: 01/07/05
2411 E LOOP 820 N          SSN:                        RECEIVED:  01/26/05
BLDG 21                    GENDER: N/S                 COMPLETED: 01/31/05
FORT WORTH, TX 76118       SLIP ID: 0270405331         FAX: (817) 605-6402
PH: (817) 605-6602         REF ID: 587600002
COLL. SITE ID: N/S         REFERENCE 1: GATEWAY CNTR HUMAN SRV.
                           REFERENCE 2:

              REASON FOR TESTING:  RANDOM
              SAMPLE TYPE:         DRUG SCREEN ( 5 PANEL)
```

THIS SPECIMEN HAS BEEN HANDLED AND ANALYZED IN ACCORDANCE WITH FORENSIC
REQUIREMENTS. ALL POSITIVE RESULTS ARE CONFIRMED BY A MASS SPECTROMETRIC
TECHNIQUE.

```
INITIAL TEST                    RESULT / STATUS         CUTOFF VALUE
------------                    ---------------         ------------
  AMPHETAMINE, SWEAT              ........  NEGATIVE
  OPIATES, SWEAT                  ........  NEGATIVE
  COCAINE METABOLITE, SWEAT       ........  NEGATIVE
  PCP, SWEAT                      ........  NEGATIVE
  THC, SWEAT                      ........  NEGATIVE
```

              LAB DIRECTOR: S. C. Kammerer, PhD, RP

              ELECTRONICALLY REVIEWED BY EDDIE L. KELLY

Page 1

Copyright 2005 Clinical Reference Laboratory. All Rights Reserved.
8433 Quivira Road. Lenexa, Kansas 66215. (913) 492-3652

FCB: CLS.PHM.001Z.87600002

Exhibit A
Page 8 of 14

FAXSR: Clinical Ref. Lab At 31-2005 11:00 Page 3

01/31/2005          Clinical Reference Laboratory          11:00

Transmission Verification Page

This report documents that you have received a report for the following Specimen ID's or that these SID's have been included in your Acknowledgement Report. It is not necessary to contact us unless this disagrees with your data.

Summary of Result SID's Sent

55534311
55534312
[ End of List ]

Total SID's Sent:     2

Page: 1

Exhibit A
Page 9 of 14

Copyright 2005 Clinical Reference Laboratory. All Rights Reserved.



File-3658
Sue McKitrick

## CLINICAL REFERENCE LABORATORY

```
        DATE:      13-JAN-2005
        TIME:      14:15
NUMBER OF PAGES:   2   ( Not including this cover sheet )

        FROM:      CRL Auto Transmission
     COMPANY:      Clinical Reference Laboratory
     ADDRESS:      8433 Quivira Road
                   Lenexa, Kansas 66215

 VOICE PHONE #:    (800) 445-6917

          TO:      ANITA HALL
     COMPANY:      GATEWAY CNTR HUMAN SRV.
     ADDRESS:      3050 FIFTH AVE.
                   KETCHIKAN, AK 99990

NUMBER DIALED:     1-907-247-4135

     SUBJECT:      ALL Client Result Reports
```

Done in Book AH

NOTICE: This cover sheet and the materials enclosed with this transmission are the private, confidential property of the sender, and the materials are privileged communications intended solely for the receipt, use, benefit and information of the intended recipient included above. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any other action in reliance on the contents of this transmission is strictly prohibited and may result in legal liability on your part. If you have received this transmission in error, please notify us immediately at the telephone number above and arrange for return of this transmission to us.

Exhibit A
Page 10 of 14

FAXBK: Clinical Ref. Lab At 13-JAN-2005 14:15 Page 1

```
13-Jan-2005              Clinical Reference Laboratory                14:13
           CLIA #17D0667123     SAMHSA #0007     CAP #30211-01

PHARMCHEM INC              NAME: N/S                     SAMPLE ID: 55533347
DAVID LATTANZIO            DOB: N/S                      COLLECTED: 12/23/04
2411 E LOOP 820 N          SSN: MS648690                 RECEIVED:  01/11/05
BLDG 21                    GENDER: N/S                   COMPLETED: 01/13/05
FORT WORTH, TX 76118       SLIP ID: 0270405329           FAX: (817) 605-6402
PH: (817) 605-6602         REF ID: 587600002
COLL. SITE ID: N/S         REFERENCE 1: GATEWAY CNTR HUMAN SRV.
                           REFERENCE 2:

             REASON FOR TESTING:   OTHER
                 SAMPLE TYPE:      DRUG SCREEN ( 5 PANEL)

THIS SPECIMEN HAS BEEN HANDLED AND ANALYZED IN ACCORDANCE WITH FORENSIC
REQUIREMENTS. ALL POSITIVE RESULTS ARE CONFIRMED BY A MASS SPECTROMETRIC
TECHNIQUE.

INITIAL TEST                    RESULT / STATUS           CUTOFF VALUE
------------                    ---------------           ------------
  AMPHETAMINE, SWEAT              ........  NEGATIVE
  OPIATES, SWEAT                  ........  NEGATIVE
  COCAINE METABOLITE, SWEAT       ........  NEGATIVE
  PCP, SWEAT                      ........  NEGATIVE
  THC, SWEAT                      ........  NEGATIVE


           LAB DIRECTOR: S. C. Kammerer, PhD, RP


           ELECTRONICALLY REVIEWED BY EDDIE L. KELLY
```

Page 1

Copyright 2005 Clinical Reference Laboratory. All Rights Reserved
8433 Quivira Road. Lenexa, Kansas 66215. (913) 492-3652

Exhibit ___A___
Page __11__ of __14__

FCB: CLS.PHM.001Z.87600002

```
PHARMCHEM INC.                                              LABORATORY
4600 N. Beach Street, Haltom City, TX, 76137                REPORT
===============================================================================
ACCOUNT NUMBER:        587600002   BARCODE NUMBER:          0270091126

RESULTS TO:                        SPECIMEN ID:                 MS3211
ATT: Gateway Cntr Human Srv.       SPECIMEN ID:
Gateway Cntr Human Srv.            SPECIMEN DATE:           06/10/2003
3050 Fifth Ave.                    TEST TYPE:                       05
Ketchikan, AK     999901           LOCATION CODE:

Anita Hall                         ACCESSION NUMBER:        012442447
                                   DATE RECEIVED:           07/08/2003
                                   DATE REPORTED:           07/08/2003
===============================================================================
                    TEST METHODS AND DETECTION LEVELS
       Drug or            Initial Test           Confirmation Test
      Drug Class        Method     CutOff       Method        CutOff
===============================================================================
   Amphetamine.          EIA      10 ng/ml      GC/MS       10 ng ml n
   Cannabinol.           EIA     1.5 ng/ml      GC/MS       0.5 ng ml
   Cocaine.              EIA      10 ng/ml      GC/MS       10 ng ml n
   Opiates.              EIA      10 ng/ml      GC/MS       10 ng ml n
   Phencyclidine.        EIA     7.5 ng/ml      GC/MS       7.5 ng ml
===============================================================================
                              TEST RESULTS
  Drug or Drug Class/       Test      Drug or Drug Class/       Test
        Analyte            Result           Analyte            Result
===============================================================================
   Amphetamine.                         Opiates.
     Amphetamine           negative       Codeine              negative
     Methamphetamine       negative       Morphine             negative
   Cannabinol.                            6-MAM                negative
     9-THC                 negative       Heroin               negative
   Cocaine.                             Phencyclidine.
     Benzoylecgonine       negative       Phencyclidine        negative
     Cocaine               negative

SPECIMEN SEAL INTACT.                                   ***************
                                                        * TEST RESULT *
   COMMENTS:                                            *   NEGATIVE   *
                                                        ***************

   I certify that the  specimen identified by this accession  number is the same
specimen that bears the specimen  identification barcode number set forth above,
that  the  specimen  has  been  examined  upon receipt,  handled and analyzed in
accordance  with  applicable  requirements,  and that these results are for that
specimen. This is not an official report for Regulated Specimens.

Results Certified by: Cheryl Carella                    Date: 07/08/2003
===============================================================================
```

Exhibit __A__

Page __12__ of __14__

**Gateway Center for Human Services**
**Substance Abuse Division**
**Case Staffing/Treatment Plan Review**

**Date:** 02/28/05

**Client Name:** Sue McKitrick

**Client#:** 25389

**File#:** 36-58

**Current Diagnosis:** 304.40 Amphetamine Dependency- Moderate

**Treatment Summary:** This client is currently enrolled in the outpatient treatment program. She is a self referral due to her desire to meet the requirements of having one of her sons come live with her in the summer. The client has been attending individual counseling sessions and wearing the drug patch. Since her enrollment she has had all negative results from her patches. She is currently employed at the Gilmore, as a housekeeper. She has had some high stress lately due to leaving her "boyfriend" due to his relapse. She is highly motivated.

1. **New assessments reviewed:** N/A

2. **Changes in diagnosis:** None

3. **Progress toward goals:**

    1. Remain Abstinent: Currently abstinent, wearing drug patch
    2. Address medical issues: Client has appointment for complete physical
    3. Stabilize finances and employment: The client is currently employed and seeking adequate housing for herself.
    4. Child placement issues. The client is in the process of adequately proving she is able to take care of herself and provide a safe environment for her son.

4. **Any changes recommended to present interventions or goals(including frequency or duration.)** No changes recommended at this time.

5. **Recommended changes to individual providers:** No changes recommended at this time.

6. **Expected duration of recommended changes:** N/A

Exhibit __A__
Page __13__ of __14__

7. **Treatment plan examined for least restrictive setting:** Yes, adequate

8. **Current dimensions meet current level of care:** Yes, see the following.

**ASAM- Level 1 Outpatient treatment program**

**DIM: 1**
**Drug Use:** The client is stable and at no risk for withdrawals

**Dim: 2**
**Physical:** None

**Dim: 3**
**Emotional** None, the client is stable.

**Dim: 4**
**Resistence** The client is currently attending her treatment sessions. She is willing to explore the impact of her use on her life and pursue recovery as a lifestyle.

**Dim: 5**
**Relapse** The client is learning skills to change her pattern of use, she is gaining insight into her relapse history, cravings and triggers. She is working in the Living in Balance program.

**Dim: 6**
**Environment** The client has been on and off with her SO. He is not safe for her to cohabitate with. She does not have the finances at this time to get her own apartment but is working on it. She is currently staying with a "clean" friend. She knows by experience, the danger in going back to her SO. But that is a concern for her at this time.

9. **Prognosis:** Good-The client is a determined person, she wants very much to have her son, and be "a mom" again. This is a deep desire for her.

_Client left tx_
Client signature                                   Date

_Anita Hall CDC-I_                              02/28/05
Counselor signature                          Date

_[signature] CT_                                   3-16-05
Treatment team signature                Date

_[signature]_                                          3-16-05
Treatment team signature                Date

Exhibit ___A___
Page ___14___ of ___14___