WILLIAM B. CAREY, 8212160
Attorney for Defendant
SUSAN C. MCKITRICK
1502 West 34th Avenue
Anchorage, Alaska 99503

Telephone: (907) 272-4255
Facsimile: (907) 272-4256

RECEIVED
JAN 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. J05-0004-4 (HRH) |
| SUSAN C. MCKITRICK, | |
| Defendant. | |

## MOTION TO FOR EXONERATION OF CASH BOND

COMES NOW, the Defendant SUSAN C. MCKITRICK, though counsel, WILLIAM B. CAREY, and moves the Court to exonerate the cash bond in the amount of $10,000.00 posted by the defendant's mother, Mellanie Isner, as a condition of the defendant's release in September, 2005. Ms. MCKITRICK fully complied with all the terms and conditions of her release, entered her plea of guilty pursuant to a plea agreement and has been sentenced. She is presently in Federal custody.

There should be no impediment to the exoneration of the cash bond posted at this time. The bond may be returned to Mellanie Isner at her mailing address in Ketchikan which is P O Box 23363, Ketchikan, AK 99901.

DATED at Anchorage, Alaska this 20 day of January, 2006.

LAW OFFICE OF WILLIAM B. CAREY
Attorney for Defendant
SUSAN C. MCKITRICK

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

William B. Carey
Alaska Bar No. 8212160

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2006, a copy of the foregoing Motion for Exoneration of Cash Bond was served electronically on the following:

Assistant U.S. Attorney James Goeke
222 West 7th Ave, #9 Room 253
Anchorage AK  99513-7567

Chris Liedike
Pretrial Services Officer
222 W. 7th Ave, #48, Room 68
Anchorage AK  9913-7562

*Brenda W. McCleary*

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

Page 2