WILLIAM B. CAREY, 8212160
Attorney for Defendant
SUSAN C. MCKITRICK
1502 West 34th Avenue
Anchorage, Alaska 99503

Telephone: (907) 272-4255
Facsimile: (907) 272-4256

LODGED
JAN 20 2006

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
vs. ) Case No. J05-0004-4 (HRH)
)
SUSAN C. MCKITRICK, )
)
Defendant. )

**ORDER FOR MODIFICATIONS OF CONDITIONS OF RELEASE**

Defendant SUSAN C. MCKITRICK's request for exoneration is hereby GRANTED. The cash bond in this matter is hereby EXONERATED. The Clerk shall release the funds to Mellanie Isner at her address as provided.

DATED at Anchorage, Alaska this _____ day of January, 2006.

_____
Honorable H. Russell Holland
U.S. District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2006, a copy of the foregoing Motion for Exoneration of Cash Bond was served electronically on the following:
Assistant U.S. Attorney James Goeke
222 West 7th Ave, #9 Room 253
Anchorage AK 99513-7567

Chris Liedike
Pretrial Services Officer
222 W. 7th Ave, #48, Room 68
Anchorage AK 9913-7562

_Brenda W. McLeary_

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256