IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,            )
                                     )
                 Plaintiff,          )
                                     )
        vs.                          )
                                     )
RONN L. ROSEBERRY, a/k/a "Rosie",    )
BETTY J. DUVALL,                     )
TWILA JO DAVIS,                      )
SUSAN C. McKITRICK, and              )
SABRENA M. VITCOVICH,                )
                                     )   No. J05-0004-CR (HRH)
                 Defendants.         )
_____)
                                     )
This Order pertains to:              )
                                     )
SUSAN C. McKITRICK       [D-04]      )
_____)
```

O R D E R

Exoneration of Cash Bond

Defendant Susan C. McKitrick's request for exoneration (Clerk's Docket No. 185) is hereby granted. The cash bond in this matter is hereby exonerated. The clerk shall release the funds in the amount of $10,000.00 to Mellanie Isner at her address, which is P.O. Box 23363, Ketchikan, AK 99901.

DATED at Anchorage, Alaska, this <u>27th</u> day of January, 2005.

/s/ H. Russel Holland
United States District Judge