

**Name:** Susan C. McKitrick
**Prison Number:** #15130-006
**Place of Confinement:** FCI Dublin
**Address:** 5701 8th St. Camp-Parks, Dublin, CA 94568
**Telephone:** N/A

RECEIVED
JAN 03 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

United States of America
**Plaintiff/Petitioner,**

CASE NO. J05-0004-004-cr-(HRH)

VS,

Susan C. McKitrick
**Defendant/Respondent.**

**MOTION FOR APPOINTMENT OF COUNSEL**

I, Susan C. McKitrick, move this Court for appointment of counsel. I make this request for the reason that I am financially unable to retain an attorney, as supported by the Financial Affidavit in Support of Request for Attorney attached to this motion.

I need a lawyer because I do not know how to proceed further on my own - I thought the 2255 form was the Brief, I had another Inmate helping me I thought the previous forms were complete.

PS-08    07/06

I have taken the following steps to find a lawyer on my own, with the following results: My Lawyer on this case says He can not help me anymore, because He is not getting paid anymore, so I Don't know where to go from here.
         - Thankyou -

### Declaration Under Penalty of Perjury

I, Susan C. McKitrick (Sue), declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 12-26-06, at Dublin, ~~Alaska~~ California

Sue McKitrick
Signature

### Certificate of Service

I certify that, on 12-27-06 a copy of this motion
(Date of mailing or handing to Correctional Officer)

was served, by first class U.S. mail, on United States Attorney
(Opposing Party or Counsel)

at 222 West 7th Ave mailBox 9 Rm #253 Anchorage AK 99513
(Address)

Sue C. McKitrick
Signature

PS-08                                                              07/06