CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: U.S.A v.s. Susan C. McKitrick
FOR / AT:
LOCATION NUMBER: 269

PERSON REPRESENTED (Show your full name): Susan Christine McKitrick

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☒ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS:
District Court
Court of Appeals

RECEIVED JAN 0[?] 2007
CLERK, U.S. [DISTRICT COURT]
ANCHORAGE, ALASKA

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony   ☐ Misdemeanor
methamphetamines conspiracy

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: FCI Dublin, Unicor
IF YES, how much do you earn per month? $ 80.00
IF NO, give month and year of last employment. How much did you earn per month? $ ___

If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ n/a
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ n/a

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ 100.00   SOURCES: from my mother

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No   IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: ___   DESCRIPTION: ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: n/a
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | none while in prison | $ ___ | $ ___ |
| | Ketchikan Credit [Bureau] | $ ___ | $ ___ |
| | Apx 2-5 thousand | $ ___ | $ ___ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 12-26-06

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Sue C. McKitrick