IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 1:05-cr-00004-HRH |
|---|---|
| Plaintiff, | |
| vs. | |
| SUSAN C. McKITRICK, | ORDER APPOINTING COUNSEL |
| Defendant. | |

Susan C. McKitrick, having filed a motion under 28 U.S.C. § 2255, has moved for appointment of counsel.[1] The Criminal Justice Act[2] authorizes this Court to appoint an attorney for a *habeas* petitioner who cannot afford counsel. Because Ms. McKitrick has made an adequate showing of need, the Court will grant her application for appointment of counsel, and the Federal Public Defender will be appointed to designate counsel to represent her in these proceedings.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Ms. McKitrick's application for appointment of counsel, at docket number 270, is GRANTED. The Federal Public Defender for the District of

---

[1] *See* Docket No. 270; *see also*, Docket No. 269, requiring McKitrick to file any request for counsel on or before January 5, 2007.

[2] *See* 18 U.S.C. § 3006, *et. seq.*

1

Alaska shall designate counsel from the CJA Panel or the Federal Public Defender's office to represent Ms. McKitrick in these proceedings.

2. Counsel for Ms. McKitrick shall review the record, confer with Ms. McKitrick, and file any amended § 2255 motion on or before **February 12, 2007**. In the alternative, counsel shall file a notice that no amended petition will be submitted.

2. The United States Attorney shall file its answer or other responsive pleading, as provided in the Court's Order Directing Service and Response, on or before **March 14, 2007**.

DATED this 10th day of January, 2007 at Juneau, Alaska.

/s/ PHILIP M. PALLENBERG
Philip M. Pallenberg
United States Magistrate Judge