IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO: 1:05-cr-00004-HRH |
| Plaintiff, | ) |
| | ) |
| SUSAN C. MCKITRICK , | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANT'S UNOPPOSED**
**MOTION & MEMORANDUM FOR CONTINUANCE**

Susan C. McKitrick, through her counsel, Hugh W. Fleischer, hereby moves for a continuance of the time within which to file an amended § 2255 to March 6, 2007.

This motion is based on the fact that the office of the undersigned has received a large number of documents relating to this case, which require to be examined.

Assistant U.S. Attorney James A. Goeke has authorized the undersigned to advise that the government does not oppose this motion.

Dated this 5th day of February, 2007.

                    LAW OFFICES OF HUGH W. FLEISCHER


              By:____S/Hugh W. Fleischer
                   Hugh W. Fleischer
                   AK Bar # 7106012
                   Law Offices of Hugh W. Fleischer
                   310 K. Street, Suite 200
                   Anchorage, AK 99501
                   (907) 264-6635
                   (907) 264-6602 (fax)
                   hfleisch@aol.com

9548/500


CERTIFICATE OF SERVICE

I certify that on the 5th day of February, 2007, a true copy of the foregoing was delivered electronically to the following counsel:

James A. Goeke
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567
FAX-271-1500

D. Scott Dattan
2600 Denali St., Ste. 460
Anchorage, AK 99503

Michael D. Dieni, Asst. FDP
550 W. 7th Ave., Ste. 1600
Anchorage, AK 99501

Merdith A. Ahearn
310 K. St., Ste. 408
Anchorage, AK 99501

Joseph R. D. Loescher
1102 Broadway Plaza, # 403
Tacoma, WA 98402


S/ Hugh W. Fleischer
Law Offices of Hugh W. Fleischer