IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUSAN C. MCKITRICK, )<br>         Defendant. )<br>_____ ) | <br><br><br><br><br><br><br><br><br><br>CASE No.:1:05-cr-00004-HRH |

## ORDER

Defendant, Susan C. McKitrick, having moved for a continuance of the date within which to file an amended § 2255 petition.

IT IS ORDERED that such petition shall be filed on or before March 6, 2007.

DATED this ____ day of February, 2007.

_____
H. RUSSEL HOLLAND
U.S. DISTRICT JUDGE

9548\501