LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO: 1:05-cr-00004-HRH |
| Plaintiff, | ) |
| | ) |
| SUSAN C. MCKITRICK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION TO
DISMISS HER PETITION**

Susan C. McKitrick, through her counsel, Hugh W. Fleischer, and her own signature showing her concurrence herewith, hereby moves to dismiss her 28 U.S.C. § 2255 Petition.

Assistant U.S. Attorney James A. Goeke was advised of this action on February 28, 2007 and understood that there may be a delay in filing this motion because of the need to have a signature from Ms. McKitrick, who is incarcerated at the Federal Correctional Institute Dublin, Dublin, California.

Dated this 9th day of March, 2007.

```
                                                    LAW OFFICES OF HUGH W. FLEISCHER

                                            By:     S/Hugh W. Fleischer
                                                    Hugh W. Fleischer
                                                    AK Bar # 7106012
                                                    Law Offices of Hugh W. Fleischer
                                                    310 K. Street, Suite 200
                                                    Anchorage, AK 99501
                                                    (907) 264-6635
                                                    (907) 264-6602 (fax)
                                                    hfleisch@aol.com

                                            CERTIFICATE OF SERVICE
                                            I certify that on the ___ day of
                                            March, 2007, a true copy of the
                                            foregoing was delivered electronically
                                            to the following counsel:

                                            James A. Goeke
                                            Assistant U.S. Attorney
                                            222 W. 7th Ave., # 9, Rm. 253
                                            Anchorage, AK 99513-7567
                                            FAX-271-1500

                                            D. Scott Dattan
                                            2600 Denali St., Ste. 460
                                            Anchorage, AK 99503

                                            Michael D. Dieni, Asst. FPD
                                            550 W. 7th Ave., Ste. 1600
                                            Anchorage, AK 99501

                                            Meredith A. Ahearn
                                            310 K. St., Ste. 408
                                            Anchorage, AK 99501

                                            Joseph R. D. Loescher
                                            1102 Broadway Plaza, # 403
                                            Tacoma, WA 98402

                                            S/ Hugh W. Fleischer
                                            Law Offices of Hugh W. Fleischer


                                            I agree with this dismissal:

                                            Susan McKitrick
                                            Susan C. McKittrick
                                            Registration No. 15130-006
                                            Dated March 9, 2007

                                                             2
```

LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com