LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-66335   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO: 1:05-cr-00004-HRH |
| Plaintiff, | ) |
| vs. | ) |
| SUSAN C. MCKITRICK, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO**
**DISMISS HER PETITION**

Susan C. McKitrick, through her counsel, Hugh W. Fleischer, and her own signature showing her concurrence herewith, hereby moves to dismiss her 28 U.S.C. § 2255 Petition.

Assistant U.S. Attorney James A. Goeke was advised of this action on February 28, 2007 and understood that there may be a delay in filing this motion because of the need to have a signature from Ms. McKitrick, who is incarcerated at the Federal Correctional Institute Dublin, Dublin, California.

Dated this 9+h day of March, 2007.

LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

LAW OFFICES OF HUGH W. FLEISCHER

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 | By: S/Hugh W. Fleischer |
| 5 | Hugh W. Fleischer |
| 6 | AK Bar # 7106012 |
| 7 | Law Offices of Hugh W. Fleischer |
| 8 | 310 K. Street, Suite 200 |
| 9 | Anchorage, AK 99501 |
| 10 | (907) 264-6635 |
| 11 | (907) 264-6602 (fax) |
| 12 | hfleischer@aol.com |

CERTIFICATE OF SERVICE

I certify that on the ___ day of March, 2007, a true copy of the foregoing was delivered electronically to the following counsel:

James A. Goeke
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567
FAX-271-1500

D. Scott Dattan
2600 Denali St., Ste. 460
Anchorage, AK 99503

Michael D. Dieni, Asst. FPD
550 W. 7th Ave., Ste. 1600
Anchorage, AK 99501

Meredith A. Ahearn
310 K. St., Ste. 408
Anchorage, AK 99501

Joseph R. D. Loescher
1102 Broadway Plaza, # 403
Tacoma, WA 98402

S/Hugh W. Fleischer
Law Offices of Hugh W. Fleischer

I agree with this dismissal:

*Susan C. McKitrick*
Susan C. McKitrick
Registration No. 15130-006
Dated March 9, 2007

2