IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>SUSAN C. MCKITRICK,<br>      Defendant.<br>_____ | CASE No.:1:05-cr-00004-HRH |

## **ORDER**

    Defendant, Susan C. McKitrick, having moved for a dismissal of her amended § 2255 petition.

    IT IS ORDERED that such petition shall be dismissed with prejudice.

    DATED this ____ day of March, 2007.

_____
H. RUSSEL HOLLAND
U.S. DISTRICT JUDGE

9548\503