IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,         )
                                  )
                Plaintiff,        )
                                  )
        vs.                       )
                                  )
RONN L. ROSEBERRY, et al.,        )
                                  )
                Defendants.       )
_____)
                                  )   No. 1:05-cr-0004-HRH
This Order Pertains to:           )
                                  )
SUSAN C. McKITRICK  (D-04)        )
_____)
```

O R D E R

Petition Dismissed

Defendant Susan C. McKitrick having moved for a dismissal of her amended Section 2255 petition,[1] IT IS ORDERED that such petition is dismissed with prejudice.

DATED at Anchorage, Alaska, this 15th day of March, 2007.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 281.